*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

RONALD MARK DRAUGHN,

        Defendant-Appellant.

UNPUBLISHED
April 15, 2021

No. 351688
Oakland Circuit Court
LC No. 2015-256768-FH

Before: BECKERING, P.J., and FORT HOOD and RIORDAN, JJ.

BECKERING, P.J. (*concurring*).

    I concur in the result only.

                             /s/ Jane M. Beckering

-1-